October 19, 2015

Mr. Abel Acosta

Clerk, Court of Criminal Appeals of Texas

P.O. Box 12308

Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

RE: Benjamin Elias v. The State of Texas;
CCA No. PD-0820-15;
Ex Parte Benjamin Elias;
WR-83,446-01;
Notices of Change of Address.

DEAR MR. ACOSTA:

Please find enclosed two (2) of original Notices of Change of Address, one for each of the two (2) above-listed cause numbers. Should you have any questions or need additional information, please do not hesitate to contact me at the address below. Thank you in advance for your time and consideration of this matter.

Respectfully,

Benjamin Elias

Benjamin Elias, pro se
TDCJ-ID No. 819778
Fort Stockton Unit
1536 I-10 E
Fort Stockton, Texas 79735

Attchmnts: Notice of Change of Address x (2) two
cc. file                                    [1 of 1]

CCA No. PD-0820-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Benjamin Elias

V.

The State of Texas

From Appeal No. 04-14-00498-CR
Trial Cause No. 427052

Bexar County

NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE CLERK OF SAID COURT:

COMES NOW, Benjamin Elias, Petitioner, pro se, and hereby notifies this Court of a change of address. IN SUPPORT THEREOF, Petitioner will show the Court the following:

I.

Petitioner's previous address was as follows:

John W. Middleton
13055 FM 3522
Abilene, TX. 79601.

[1 of 3]

Plaintiff no longer resides at this facility.

## II.

Plaintiff's current address is as follows:

Fort Stockton Unit
1536 I-10 E
Fort Stockton, TX 79735

Plaintiff's current mailing address is effective immediately.

### Prayer

Wherefore, PREMISES CONSIDERED, Petitioner humbly prays that this notice suffice to alert the Court of his change of address.

Respectfully submitted,
Benjamin Elias
Benjamin Elias, pro se
TDCJ-ID No. 819778
Fort Stockton Unit
1536 I-10 E
Fort Stockton, TX. 79735

## Certificate of Service

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the above and foregoing Notice to Court of Change of Address has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State, Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; and the State p Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 on this the 19th day of October 2015.

*Benjamin Elias*
Benjamin Elias, pro se